FILED 1st JUDICIAL DISTRICT COURT
Santa Fe County
10/11/2021 5:24 PM
KATHLEEN VIGIL CLERK OF THE COURT
Marina Sisneros

## SUMMONS

| | |
|---|---|
| *District Court:*<br>**FIRST JUDICAL DISTRICT**<br>*Court Address:*<br>**P.O. Box 2268**<br>**Santa Fe, NM 87504-2268**<br>*Court Telephone:*<br>**(505) 455-8250** | Case Number: D-101-CV-2021-01717<br><br>Assigned Judge:<br><br>Hon. Kathleen McGarry Ellenwood |
| Plaintiff: Joseph Roybal<br><br>v.<br><br>Defendants: Darden Restaurants, Inc., and Darden Concepts, Inc. | Defendant(s):<br><br>***Darden Concepts, Inc.***<br>***c/o Registered Agent, Corporation Creations***<br>***Network, Inc.***<br>400 N. Pennsylvania Ave., #600<br>Roswell, NM 88201 |

**TO THE ABOVE-NAMED DEFENDANTS**: Take notice that:

1. A lawsuit has been filed against you. A copy of the lawsuit is attached. The Court issued this Summons.

2. You must respond to this lawsuit in writing. You must file your response with the Court no later than thirty (30) days from the date you are served with this Summons. (The date you are considered served with the Summons is determined by Rule 1-004 NMRA.) The Court's address is listed above.

3. You must file (in person or by mail) your written response with the Court. When you file your response, you must give or mail a copy to the person who signed the lawsuit.

4. If you do not respond in writing, the Court may enter judgment against you as requested in the lawsuit.

5. You are entitled to a jury trial in most types of lawsuits. To ask for a jury trial, you must request one in writing and pay a jury fee.

6. If you need an interpreter, you must ask for one in writing.

7. You may wish to consult a lawyer. You may contact the State Bar of New Mexico for help finding a lawyer at www.nmbar.org: 1-800-876-6657; or 1-505-797-6066

**EXHIBIT D**

Dated at Santa Fe, New Mexico on August 5th, 2021.

CLERK OF COURT
    Kathleen Vigil

BY: *Corinne S. Oñate*



Respectfully submitted,

GADDY LAW FIRM

*/s/ Brian Gaddy*
Brian Gaddy
Attorney for Plaintiff
4420 Prospect Ave. NE
Albuquerque, NM 87110
Phone: (505) 254-9090
Fax:   (505) 273-7943
brian@gaddyfirm.com


THIS SUMMONS IS ISSUED PURSUANT TO RULE 1-004 NMRA OF THE NEW MEXICO RULES OF CIVIL PROCEDURE FOR DISTRICT COURTS.

RETURN

STATE OF NEW MEXICO                )
                                   )ss
COUNTY OF _Chavez_____ )

I, being duly sworn, on oath, state that I am over the age of eighteen (18) years and not a party to this lawsuit, and that I served this summons in _Chavez_____ county on the _1st_ day of _October_____, _2021_, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

(check one box and fill in appropriate blanks)

[ ] to the defendant _____ (used when defendant accepts a copy of summons and complaint or refuses to accept the summons and complaint)

[X] to the defendant by [mail] [courier service] as provided by Rule 1-004 NMRA (used when service is by mail or commercial courier service). _Via Certified mail return Receipt Requested._

After attempting to serve the summons and complaint on the defendant by personal service or by mail or commercial courier service, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

[ ] to _____, a person over fifteen (15) years of age and residing at the usual place of abode of defendant _____, (used when the defendant is not presently at place of abode) and by mailing by first class mail to the defendant at _____ (insert defendant's last known mailing address) a copy of the summons and complaint.

[ ] to _____, the person apparently in charge at the actual place of business or employment of the defendant and by mailing by first class mail to the defendant at _____ (insert defendant's business address) and by mailing the summons and complaint by first class mail to the defendant at _____ (insert defendant's last known mailing address).

[ ] to _____, an agent authorized to receive service of process for defendant _____.

[ ] to _____, [parent] [guardian] [custodian] [conservator] [guardian ad litem] of defendant _____ (used when defendant is a minor or an incompetent person).

[ ] to _____ (name of person), _____, (title of person authorized to receive service. Use this alternative when the defendant is a corporation or an association subject to a suit under a common name, a land grant board of trustees, the State of New Mexico or any political subdivision).

Fees: _$7.53_____

_[signature]_
Signature of person making service

_____
Title (if any)

Subscribed and sworn to before me this ___11___ day of __October__, __2021__.

_Notary [signature] A Gonzales_
Judge, notary or other officer
authorized to administer oaths

_Notary_
Official title

OFFICIAL SEAL
Arthur A. Gonzales
NOTARY PUBLIC
STATE OF NEW MEXICO
My Commission Expires: 7-22-23

## USE NOTE

1. Unless otherwise ordered by the court, this return is not to be filed with the court prior to service of the summons and complaint on the defendant.

2. If service is made by the sheriff or a deputy sheriff of a New Mexico county, the signature of the sheriff or deputy sheriff need not be notarized.

[Adopted effective August 1, 1988; as amended by Supreme Court Order 05-8300-01, effective March 1, 2005; by Supreme Court Order 07-8300-16, effective August 1, 2007; by Supreme Court Order No. 12-8300-026, effective for all cases filed or pending on or after January 7, 2013; as amended by Supreme Court Order No. 13-8300-022, effective for all cases pending or filed on or after December 31, 2013; as amended by Supreme Court Order No. 14-8300-017, effective for all cases pending or filed on or after December 31, 2014.]

**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®

OFFICIAL USE

Certified Mail Fee $3.75

Extra Services & Fees (check box, add fee as appropriate)
☒ Return Receipt (hardcopy) $ 3.05
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $

Postage $ 0.73

Total Postage and Fees $ 7.53

Postmark Here 7/28/21

Sent To: Darden Concepts, Inc c/o Registered Agent Corp Creations, Inc
Street and Apt No., or PO Box No.: 40 N. Pennsylvania Ave #600
City, State, ZIP+4: Roswell, NM 88201 (c/o Joseph Raphel)

7020 1810 0002 2784 7159

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Darden Concepts, Inc
c/o Registered Agent, Corporation
Creations Network, Inc.
40 N. Pennsylvania Ave #600
Roswell, NM 88201

9590 9402 6713 1060 2289 67

2. Article Number (Transfer from service label)
7020 1810 0002 2784 7159

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X PQ CFE      ☐ Agent  ☐ Addressee

B. Received by (Printed Name): CSWD 19
C. Date of Delivery: 10/1/21

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053   (c/o Joseph Raphel)   Domestic Return Receipt

# USPS Tracking®

FAQs >

**Track Another Package +**

**Tracking Number:** 70201810000227847159

Remove ✕

Your item was delivered to the front desk, reception area, or mail room at 10:51 am on October 1, 2021 in ROSWELL, NM 88201.

## ✓ Delivered, Front Desk/Reception/Mail Room

October 1, 2021 at 10:51 am
ROSWELL, NM 88201

Feedback

Get Updates ∨

---

Text & Email Updates ∨

---

Tracking History ∧

October 1, 2021, 10:51 am
Delivered, Front Desk/Reception/Mail Room
ROSWELL, NM 88201
Your item was delivered to the front desk, reception area, or mail room at 10:51 am on October 1, 2021 in ROSWELL, NM 88201.

October 1, 2021, 6:36 am
Out for Delivery
ROSWELL, NM 88203

October 1, 2021, 6:25 am
Arrived at Post Office
ROSWELL, NM 88203

**Product Information** 

See Less ∧

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback