**2021 FLORIDA PROFIT CORPORATION ANNUAL REPORT**

DOCUMENT# 328176

**Entity Name:** GMRI, INC.

**FILED**
Apr 13, 2021
Secretary of State
4477793748CC

**Current Principal Place of Business:**

1000 DARDEN CENTER DRIVE
ORLANDO, FL 32837

**Current Mailing Address:**

1000 DARDEN CENTER DRIVE
ORLANDO, FL 32837 US

**FEI Number:** 59-1219168

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

CORPORATE CREATIONS NETWORK, INC.
801 US HIGHWAY 1
NORTH PALM BEACH, FL 33408 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:

Electronic Signature of Registered Agent                                                            Date

**Officer/Director Detail :**

| | | | |
|---|---|---|---|
| Title | ASST. SECRETARY | Title | PRESIDENT, DIRECTOR |
| Name | LYONS, COLLEEN H | Name | SIMMONS, ANGELA M |
| Address | 1000 DARDEN CENTER DRIVE | Address | 1000 DARDEN CENTER DRIVE |
| City-State-Zip: | ORLANDO FL 32837 | City-State-Zip: | ORLANDO FL 32837 |
| Title | VP | Title | TREASURER |
| Name | KOREN, LINDSAY L | Name | SIMMONS, ANGELA M |
| Address | 1000 DARDEN CENTER DRIVE | Address | 1000 DARDEN CENTER DRIVE |
| City-State-Zip: | ORLANDO FL 32837 | City-State-Zip: | ORLANDO FL 32837 |
| Title | SECRETARY | | |
| Name | KOREN, LINDSAY L | | |
| Address | 1000 DARDEN CENTER DRIVE | | |
| City-State-Zip: | ORLANDO FL 32837 | | |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: ANGELA M SIMMONS         PRESIDENT            04/13/2021

Electronic Signature of Signing Officer/Director Detail                                  Date

**EXHIBIT G**