

**BRIAN T. GADDY**
Attorney at Law
Licensed in Texas and New Mexico
brian@gaddyfirm.com

4420 Prospect Ave. NE
Albuquerque, NM 87110
505-254-9090
www.gaddyfirm.com

June 18, 2021

Brittany Collins
Gallagher Bassett
P.O. Box 2934
Clinton, IA 52733-2934

Via email: Brittany_Collins@gbtpa.com
Via fax: 407.587.4994

RE:   GLF Client:      Joseph Royball
      Your claim:      006829-440823-PA-01
      DOL:             August 3, 2018
      Your insured:    Olive Garden

## TIME SENSITIVE DEMAND

*This letter is exclusively for settlement discussion purposes. None of its contents may be duplicated or used as evidence in a court proceeding without permission of the Gaddy Law Firm.*

Venue:   First Judicial District Court, Santa Fe County, New Mexico

City:    Santa Fe, New Mexico

Judge:   TBD

## SUMMARY

Joseph Roybal suffered injuries and damages as a result of the negligent preparation of his food at the Olive Garden. Mr. Roybal suffered injuries and damages to his molars. He was forced to get a crown on tooth 18 as a result. Mr. Royball still requires 3 crowns on other teeth affected by this incident.

Mr. Roybal demands $80,000 to settle this claim against your insured. In exchange for settling, Mr. Roybal will forever release Olive Garden from liability for his injuries.

Enclosed are the following records that will be discussed in this letter:

1. Dental records from Divine Dental
2. Dental bills from Divine Dental

## INTRODUCTION

It is my pleasure to represent Joseph Roybal regarding his claim for injuries and damages he suffered as eating at the Olive Garden ("OG") located at 3781 Cerrillos Road, Santa Fe, New Mexico. Mr. Roybal has given me authority to proceed with attempts to resolve this matter or file a lawsuit against OG and its franchisee.

**EXHIBIT H**