STATE OF NEW MEXICO
COUNTY OF SANTA FE
FIRST JUDICIAL DISTRICT

JOSEPH ROYBAL,

    Plaintiff,

v.                                        Case No. D-101-CV-2021-01717

DARDEN RESTAURANTS, INC., and
DARDEN CONCEPTS, INC.,

    Defendants.

## NOTICE OF FILING NOTICE OF REMOVAL

Defendants Darden Restaurants, Inc. and Darden Concepts, Inc. ("Defendants"), by and through its attorneys, Hall & Evans LLC, hereby give notice that they have removed this action to the United States District Court for the District of New Mexico, pursuant to the "Notice of Removal" attached hereto (without exhibits) as **Exhibit 1**.

Respectfully submitted this 29th day of October, 2021.

                                              Respectfully submitted,

                                              HALL & EVANS, LLC

                                              By: _Steven L. Gonzales_____
                                                   Steven L. Gonzales
                                                   2200 Brothers Road
                                                   Santa Fe, NM
                                                   (505) 303-4592
                                                   (505) 417-3898 - cell
                                                   gonzaless@hallevans.com

                                              ***Attorneys for Defendants***

EXHIBIT I

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the foregoing **NOTICE OF FILING NOTICE OF REMOVAL** was served upon all counsel of record this 29th day of October, 2021 via the Odyssey File and Serve system.

                                        *s/Cindy Blanton*
                                        Cindy Blanton, Legal Assistant